# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEXTER BRUNSON**                                                          **PLAINTIFF**

v.                                    No. 5:17-cv-88-DPM

**TRANS UNION LLC and EQUIFAX**
**INFORMATION SERVICES LLC**                                    **DEFENDANTS**

## ORDER

Notice of voluntary dismissal, № 10, noted and appreciated. Brunson's claims against Equifax are dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(A)(i).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 April 2017