IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEXTER BRUNSON                                                    PLAINTIFF

v.                          No. 5:17-cv-88-DPM

TRANS UNION LLC and EQUIFAX
INFORMATION SERVICES LLC                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2017